Peter Schnabl, appellee, v. Joseph Moll, appellant.    Gen. No. 29,906.

Action to recover damages sustained in automobile collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 9, 1925.

Louis J. Behan and William J. Corrigan, for appellant. Carpenter, Barnhardt & Reynolds, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.